# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : | No.: 4:17-CV-00528 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| PERMANENT EASEMENT FOR 1.49 ACRES AND TEMPORARY EASEMENTS FOR 2.28 ACRES IN NORTH ANNVILLE TOWNSHIP, LEBANON COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 25-2307531-367098-0000, 100 CLEAR SPRING ROAD, NORTH ANNVILLE TOWNSHIP, LEBANON COUNTY, PA 17003 | : | |
| BENJAMIN C. BOW AND MARY E. BOW | : | |
| AND ALL UNKNOWN OWNERS, | : | |
| Defendants. | : | |

## **ORDER**

AUGUST 9, 2017

**AND NOW**, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is GRANTED. April 12, 2017, 2017, ECF No. 5.

2. Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Preliminary Injunction is GRANTED. June 29, 2017, ECF No. 20.

3. By August 16, 2017, Plaintiff Transcontinental Gas Pipe Line Company, LLC shall post a surety bond with the Clerk of Court in the amount of $36,720.00 payable to "Clerk, U.S. District Court" and forwarded to the United States Courthouse and Federal Building, Suite 218, 240 West Third Street, Williamsport, Pennsylvania 17701. The surety bond will be held in the vault located in the Clerk's Office, Middle District of Pennsylvania, Williamsport Division.

4. Commencing August 18, 2017, pursuant to the Order of the Federal Regulatory Commission dated February 3, 2017, Plaintiff Transcontinental Gas Pipe Line Company, LLC is granted access to, possession of and entry to the rights of way allowed under that Order for the above captioned property.

5. In the event of violation of this Order, and the February 3, 2017 Order of the Federal Regulatory Commission, or interference with Transcontinental Gas Pipe Line Company, LLC's possession of the subject property, law

enforcement, including the United States Marshal's Service, is authorized to investigate and arrest any persons found in violation and contempt of this Order.

6. Transcontinental Gas Pipe Line Company, LLC shall record this Order in the Office of the Recorder of Deeds for the county in which the subject property is located.

7. Plaintiff's Motion to File a Brief in Excess of 5,000 words is GRANTED *nunc pro tunc*. June 29, 2017, ECF No. 21.

8. Sunshine Thomas, Esquire's Motion to Withdraw as Attorney for All Unknown Owners is GRANTED *nunc pro tunc*. June 22, 2019, ECF No. 19.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge